■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH GIOIOSA, Also Known as JOHN LINDELLA, Also Known as JOHN LINDELLIA, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting appellant of murder in the second dergee. Judgment unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACK KISSEL, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting appellant of the crime of grand larceny in the first degree, and from intermediate orders. Judgment unanimously affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.